**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Civil Action No. 3:12-cv-01658-JCH

BRISTOL HEIGHTS ASSOCIATES, LLC;
                *plaintiff;*

v.                                   **MOTION FOR SANCTIONS**

CHICAGO TITLE INSURANCE COMPANY;
                *defendant.*                    February 5, 2013

      Pursuant to 28 USC § 1927, the defendant, Chicago Title Insurance Company, moves for an order of sanctions against Stacie Zimmerman, Esq., counsel for the plaintiff, as she has multiplied the proceedings in this case unreasonably and vexatiously. The defendant moves that she be required to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred by the defendant because of such conduct. The defendant also moves for an order of sanctions against Ms. Zimmerman under Rule 11(c) of the Federal Rules of Civil Procedure as she has presented to this Court the Complaint (document 1) for an improper purpose and she has made claims in that pleading that are not warranted by existing law. The defendant moves that Ms. Zimmerman be sanctioned in a manner, including a monetary sanction, sufficient to deter repetition of such conduct. In support of this motion, the defendant submits the accompanying memorandum of law.

Dated at Westport, Connecticut
this February 5, 2013

                                              CHICAGO TITLE INSURANCE COMPANY
                                                  /s/ Michael J. Leventhal
                                   By: _____
                                            Michael J. Leventhal (ct03119)
                                            155 Post Road East, Suite 4
                                            Westport, Connecticut 06880
                                            (203) 579-5125 / facsimile: (203) 579-5127
                                            email: levlaw@sbcglobal.net

**MOVANT REQUESTS ORAL ARGUMENT**

## Certificate of Service

I hereby certify that on February 5, 2013 a copy of the foregoing Motion with accompanying memorandum of law and exhibits was served by e-mail on counsel for the plaintiff in accordance with Rule 5 of the Federal Rules of Civil Procedure:

    Stacie Zimmerman, Esq.
    staciezimm@gmail.com

Dated at Westport, Connecticut
this February 5, 2013

                      /s/ Michael J. Leventhal

                      Michael Leventhal
                      *Attorney for the defendant, Chicago Title Insurance Company*